# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 11cv1092  Assigned/Issued By: YM

Judge Name: Coleman  Designated Magistrate Judge: Cole

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

**ISSUANCES**

☑ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
☐ Other
☐ Writ _____
*(Type of Writ)*
_____
_____
*(Type of issuance)*

1  Original and 0  copies on 2/16/11  as to The University of Chicago
(Date)

_____
_____