# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Alan J. Krok, et al.

                              Plaintiff,

v.                                                  Case No.: 1:11–cv–01092
                                                            Honorable Sharon Johnson Coleman

The University of Chicago

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2011:

      MINUTE entry before Honorable Sharon Johnson Coleman:This case has been assigned to the calendar of Judge Sharon Johnson Coleman. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning conference. At least 5 working days before the initial status hearing, please file an initial status report not exceeding 5 pages (with a courtesy copy to the Courtroom Deputy, Room 1428). The Initial Status Report should contain the information found on the Courts webpage at http://www.ilnd.uscourts.gov located under District Judges, Judge Sharon Johnson Coleman, Case Management Procedures, Initial Status Conference. Status hearing set for 5/13/2011 at 9:00 a.m.Mailed notice(keg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.