IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES QUINN, on his own behalf and on behalf of all similarly situated persons, ) ) ) | |
| Plaintiff, ) | Case No. 11 cv 1092 |
| ) | |
| v. ) | Judge John Z. Lee |
| ) | |
| THE UNIVERSITY OF CHICAGO, ) | Magistrate Judge Jeffrey Cole |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To:   Sari M. Alamuddin
      Jeffrey J. Kmoch
      Morgan Lewis & Bockius LLP
      77 West Wacker Drive
      Chicago, IL 60601

      Brian T. Ortelere
      Morgan Lewis & Bockius LLP
      1701 Market Street
      Philadelphia, PA 19103

   PLEASE TAKE NOTICE that on **Tuesday**, **June 12, 2012, at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey Cole, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, Room 1838, and then and there present **Plaintiff's Motion to Extend Discovery Deadline,** which was electronically filed on June 6, 2012.

                                                      By: /s/ Jac A. Cotiguala
                                                          One of Plaintiff's Attorneys

Jac A. Cotiguala
Brian D. Massatt
JAC A. COTIGUALA & ASSOCIATES
431 South Dearborn Street, Suite 606
Chicago, IL 60605
(312) 939-2100