## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

James Quinn, et al.
                        Plaintiff,

v.                                          Case No.: 1:11−cv−01092
                                                               Honorable John Z. Lee

The University of Chicago
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 8, 2012:

      MINUTE entry before Honorable Jeffrey Cole: Even though the motion for an extension of the discovery deadline [56] is unopposed, the court has concluded that counsel for all parties must appear on 6/12/2012 at 8:30 am not only to discuss the present motion but the future course of discovery in the case.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.