# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

James Quinn, et al.

                    Plaintiff,

v.                                           Case No.: 1:11–cv–01092

                                           Honorable John Z. Lee

The University of Chicago

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 12, 2012:

       MINUTE entry before Honorable Jeffrey Cole: Magistrate Judge Status hearing held and continued to 7/24/2012 at 8:30 am. Motion hearing held. Plaintiff's motion for an extension of time to 6/25/2012 to complete archival discovery [56] is granted. The parties are advised that any further extensions of the discovery schedule must be presented to Judge Lee. The parties are directed to submit a proposed discovery schedule to Judge Lee before their status hearing with him on 6/18/2012. They are further advised that discovery extensions will not be routinely or automatically granted, once the schedule they propose to Judge Lee has been approved by him.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.