## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

James Quinn, et al.

Plaintiff,

v.                                                     Case No.: 1:11−cv−01092

Honorable John Z. Lee

The University of Chicago

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 19, 2012:

   MINUTE entry before Honorable John Z. Lee: Status hearing held on 7/19/12. Plaintiff reports he will not pursue class certification and will file a amended complaint. The parties' are directed to contact Magistrate Judge Cole's chambers and request a settlement conference Status hearing set for 9/12/12 at 9:15 a.m. at which time parties are to report on discovery and settlement. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.