UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

James Quinn, et al.
                              Plaintiff,

v.                                                 Case No.: 1:11−cv−01092
                                                        Honorable John Z. Lee

The University of Chicago
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 6, 2012:

      MINUTE entry before Honorable Jeffrey Cole:Settlement conference held. The case is settled and the parties have consented to this court's jurisdiction.The court will maintain the case on its calendar until the parties have informed the court that the releases have been executed and payment has been made to Mr. Quinn. At that time, pursuant to the parties' settlement agreement, the case will be dismissed with prejudice with each party to bear its own fees and costs.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.