# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

James Quinn, et al.

                                Plaintiff,

v.                                             Case No.: 1:11−cv−01092

                                             Honorable John Z. Lee

The University of Chicago

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 11, 2012:

           MINUTE entry before Honorable John Z. Lee: The parties filed a Joint consent of Jurisdiction by a United States Magistrate Judge. The status hearing set for 9/12/12 at 9:15 a.m. is stricken. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.