

# United States District Court
# Northern District of Illinois

In the Matter of

Krok et al

v.                                    Case No. 11-CV-1092

The University of Chicago

## TRANSFER OF CASE
## FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. IT IS HEREBY ORDERED that this case be reassigned to the calendar of Magistrate Judge Jeffrey Cole pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated below.

_____
Judge John Z. Lee

Date: Tuesday, September 11, 2012

---

**Parties have consented to have the designated magistrate judge conduct:**

- Any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(B).

- Additional information:

    JOINT CONSENT to Exercise of Jurisdiction by a United States Magistrate Judge [66] filed.

District Reassignment - To Designated Magistrate Judge