

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1092 | **DATE** | 10/15/2012 |
| **CASE TITLE** | QUINN vs. UNIVERSITY OF CHICAGO | | |

**DOCKET ENTRY TEXT**

By agreement of the parties, this case is dismissed without prejudice with leave to reinstate by November 25, 2012. If the case has not been reinstated by November 25, 2012 the order of dismissal shall be with prejudice without further order of court.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JS |
|---|---|---|