

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES QUINN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 cv 1092 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| THE UNIVERSITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL ORDER

The parties, having consented to this Court's jurisdiction and settled the case pursuant to the parties' settlement agreement, inform the Court that releases have been signed and payment to Mr. Quinn is pending. At this time the Court Orders this case be dismissed without prejudice, and that such dismissal shall automatically convert into a dismissal with prejudice on November 25, 2012, unless prior to that date a party files a motion to reinstate, motion to enforce the settlement agreement, or a motion for additional time to file a motion to reinstate or enforce the settlement agreement. Each party is to bear its own fees and costs. The Court retains jurisdiction to enforce the settlement agreement.

DATED: Oct 15, 2012     ENTER: _____
Honorable Jeffrey Cole
Magistrate Judge